AO 91 (Rev. 11/11)  Criminal Complaint

slz 3/6/20

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
F I L E D

MAR - 6 2020

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| Adam Albert Sanchez | ) | |
| | ) | H20-0465M |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __02/01/2020 - 02/27/2020__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 2251(a) & (e) | Production of child pornography |

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

L. Heather Charles, FBI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 03/06/2020

_____
*Judge's signature*

City and state: Houston, Texas

Frances H. Stacy, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, L. Heather Charles, being duly sworn, depose and state:

1. I am currently a Special Agent (SA) with the Federal Bureau of Investigation (FBI), assigned to the Houston Field Office, located in Houston, Texas. I have been so employed since August 2009. Since February 1, 2020, I have been assigned to the Houston Field Office, Child Exploitation Task Force (CETF) which investigates criminal violations relating to child exploitation and child pornography including the illegal production, distribution, receipt and possession of child pornography, in violation of Title 18 U.S.C. §§ 2251 and 2252A et seq. Two years prior, I investigated domestic juvenile sex trafficking cases. Prior to that, I was assigned to a Criminal Enterprise Squad at the Los Angeles Field Office of the FBI, which conducted investigations into gang-related activity, in conjunction with the FBI's Los Angeles Metropolitan Task Force on Violent Gangs. There, I was primarily responsible for working investigations which targeted violent street gangs involved in the possession/distribution of controlled substances, firearms violations, as well as the conspiracies associated with these offenses.

2. I have received training in the area of child exploitation and child pornography. I have also discussed the subject matter with other experienced SA's and Law Enforcement Officers (LEO's), as well as interviewed several juvenile victims and defendants regarding the matter. I have also had the opportunity to observe and review several examples of child pornography in all forms of media, to include computer media.

3. Child Pornography, as defined in Title 18 U.S.C. § 2256, is:

    "any visual depiction, including any photograph, film, video, picture, or computer or computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where – (A) the production of such visual depiction involves the use of a minor engaging in sexually explicit conduct; . . . [or] (C) such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct." For conduct occurring after April 30, 2003, the definition also includes "(B) such visual depiction is a digital image, computer image, or computer-generated image that is, or is indistinguishable from that of a minor engaging in sexually explicit conduct."

4. This Affidavit is made in support of a criminal complaint charging Adam Albert SANCHEZ with violating Title 18 U.S.C. § 2251(a) & (e) – (Production of Child Pornography).

1

5. I am familiar with the information contained in this Affidavit based upon the investigation I have personally conducted and my conversations with other law enforcement officers involved in this investigation, or who have engaged in numerous investigations involving child pornography.

6. Because this Affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included each and every fact known to me concerning this investigation, I have set forth only those facts that I believe are necessary to establish probable cause that evidence of a violation of Title 18 U.S.C. § 2251(a) & (e) has been committed by Adam Albert SANCHEZ beginning on or about February 1, 2020. Where statements of others are set forth in this Affidavit, they are set forth in substance and in part.

7. Prior to Monday, February 24, 2020, an FBI El Paso Division Special Agent, certified as an Online Covert Employee (OCE), accessed the KIK application and made contact with the KIK user "Silverdogmat," vanity-name Matt Smith. KIK is a free mobile application that permits users to send text messages and other content, including videos and images. KIK also allows members to create groups that allow users to communicate as a group and send pictures and videos.

8. The OCE and Silverdogmat communicated via the KIK application for several weeks. Silverdogmat sent obscene material to the OCE, expressed sexual interest in the OCE, and wanted to meet the OCE to engage in sexual acts. A search warrant was later served on Silverdogmat's KIK account. The search warrant return contained sexually explicit digital files exchanged between Silverdogmat and several KIK users, to include the KIK user _lucidlust_. In several of the digital files, a Black female is observed inserting what appeared to be a brush into her vagina.

9. The FBI El Paso Division OCE made contact with _lucidlust_ via the KIK application. _lucidlust_ said she was thirteen (13) years of age, attended a public middle school in Houston, Texas, and provided her telephone number as (832)402-XXXX. _lucidlust_ also provided a photograph of herself. The photograph depicted a minor Black female with what appeared to be a swimming pool in the background and explaining that it was her neighborhood pool. The photograph provided by _lucidlust_ is consistent with that of the minor Black female observed in the digital files exchanged with Silverdogmat.

10. On Tuesday, February 25, 2020, the FBI Houston Field Office, Child Exploitation Task Force (CETF) received a lead from the El Paso Division to locate and identify the individual associated with the KIK application user _lucidlust_ (believed to be a 13 year old juvenile).

11. On Thursday, February 27, 2020, at approximately 5:50PM, your Affiant, a member of the Houston Field Office CETF, approached the residence associated with the phone number of _lucidlust_ located in Cypress, Texas, in an attempt to locate the legal guardian of the 13 year old juvenile. Upon arrival at the residence, a minor Black female who resembled the juvenile in the photograph sent by KIK user _lucidlust_, answered the door. The juvenile, hereinafter Minor Victim 1 (MV1), identified herself and provided her date of birth (DOB) as February 09, 2007.

12. At approximately 6:07PM, MV1 was asked to call her legal guardian. MV1 utilized cellular telephone number (832)402-XXXX to make that call. Her legal guardian, whose identity is known to law enforcement, responded to the residence shortly thereafter. MV1's Apple iPhone SE was seized by your Affiant. The guardian provided consent to search MV1's Apple iPhone SE.

13. On Monday, March 2, 2020, upon review of MV1's Apple iPhone SE, approximately fifteen (15) sexually explicit digital files marked as "hidden" were discovered in a hidden album on MV1's Apple iPhone SE. All of the images appeared to have been taken in a hotel/motel room.
    a. Two (2) of the images depicted MV1 being orally penetrated by an adult male's penis. MV1 was down on her knees, with her hand on the floor, looking up at the camera. Due to the angle on the photograph, it appears that the photograph was taken by the adult male.
    b. In another photograph, MV1 was on a comforter, positioned on her knees and elbows facing away from the camera. MV1's rear was facing the camera and had what appeared to be a pink/purple plug inserted into her anus.

14. Based on her training and experience, your Affiant believes that the aforementioned sexually explicit digital files found on MV1's Apple iPhone SE, are in fact child pornography, as defined in Title 18, U.S.C. § 2256.

15. On Wednesday, March 4, 2020, a Forensic Interview was conducted of MV1 at the Children's Assessment Center (CAC) located at 2500 Bolsover Street, Houston, Texas

3

77005. During the forensic interview, MV1 stated that the individual in the images found on her Apple iPhone SE was Adam SANCHEZ, a Hispanic male who she believed to be about forty-five (45) years old. The two met via the WHISPER application "a few weeks ago" and later moved their communications over to the KIK application. SANCHEZ would meet MV1 at a park near her home and drive her to a Super 8 Motel in the vicinity. SANCHEZ picked MV1 up in a white-colored vehicle which she described as being extremely small with two (2) doors. They met approximately five (5) times during the month of February 2020. The two also had sexual intercourse at the Super 8 during those encounters. SANCHEZ took MV1 to eat at Whataburger as well as at iHop. SANCHEZ took the photographs of MV1 on his cellular telephone as well as with MV1's cellular telephone. SANCHEZ also knew MV1's age.

16. Open Source/Google searches for Super 8 Motels in the vicinity of MV1's residence revealed a Super 8 located at 10710 Huffmeister Road, Houston, Texas 77065.

17. On Thursday, March 5, 2020, the Super 8 front desk attendant provided a copy of the Texas Driver License for Adam Albert SANCHEZ, DOB 01/08/1975, Texas DL Number 08437498, residing at 21102 Tancah Lane, Houston, Texas 77073. SANCHEZ was 45 years old as stated by MV1.

18. The Super 8 front desk attendant advised that SANCHEZ provided telephone number (832)286-6008 as his contact number and stayed there between February 16, 2020 and February 17, 2020; and again on February 23, 2020 to February 25, 2020. Upon observation of a room at the Super 8 Motel, it was observed that the flooring, AC unit area, and comforter are consistent with those that appear in the digital files found on MV1's Apple iPhone SE.

19. Later that day, Law Enforcement Officers attempted to locate SANCHEZ at the above listed residence on his driver license. No one appeared to be present at the residence but dogs could be overheard barking on the inside. Investigators also observed a white-colored Smart Fortwo coupe, 2 door, located in the driveway of the residence. This vehicle is consistent with the vehicle described by MV1 during her Forensic Interview. Vehicle registration information came back to SANCHEZ at the above listed address.

20. Investigators attempted to also locate SANCHEZ at his place of employment. Colleagues advised Investigators that SANCHEZ had been off since Friday, February 28, 2020, and might be in a mental hospital. Colleagues also advised that SANCHEZ's brother, Robert

Sanchez, hereinafter Robert, was one of their bosses and would have additional information. They provided Robert's telephone number.

21. Your Affiant and FBI SA Robert Guerra attempted to contact SANCHEZ but received no response. Agents also called the brother Robert. Robert advised Agents that SANCHEZ had attempted suicide in his home and was currently at the Cypress Creek Hospital, Behavioral Health Center, located at 17750 Cali Drive, Houston, Texas 77090.

22. Your Affiant and SA Guerra responded to the Cypress Creek Hospital. Personnel arranged a meeting room for SA's to meet with SANCHEZ. Upon meeting SANCHEZ, and prior to being advised of his Miranda Rights, SANCHEZ acknowledged whether Agents were there to see him regarding MV1, who he referred to by her first name.

23. Based upon the information delineated above, I believe that probable cause exists for the issuance of a Criminal Complaint charging SANCHEZ with a violation of Title 18 U.S.C. § 2251(a) & (e), which makes it a crime to produce child pornography.

L. Heather Charles
Special Agent, FBI

Subscribed and sworn before me this ____ of March 2020, and I find probable cause.

Frances H. Stacy
United States Magistrate Judge

5